KARREN KENNEY – SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
(855) 505-5588
karren.kenney@gmail.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>DAVID HERNANDEZ<br>Defendant. | CASE NO. 22CR1913-BAS<br><br>**MOTION TO EXCLUDE ANY EVIDENCE RE GEOTAB RECORDS** |

**MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE RE GEOTAB RECORDS PRODUCED AUGUST 11, 2023**

Comes now Defendant, David Hernandez, and objects to the government's proposed admission of GEOTAB records produced in discovery on August 11, 2023 as bate 1553. The records are untimely, reference other records that have not been produced, and is an attempt by the Government to backdoor into evidence hearsay evidence Special Agent Jay obtained from Geotab's attorney in violation of *Crawford*.

Mr. Hernandez made a motion in limine to exclude late discovery that had not been produced as of the date of the motions hearing held on July 24, 2023. The court deferred its ruling.

On June 7, 2023, Special Agent Mark Jay spoke with Attorney Che Claire, Senior Legal Counsel for Geotab. The attorney told SA Jay Geotab is the manufacturer of the tracker found in HERNANDEZ' vehicle. The attorney also informed SA Jay that the tracker in question, Serial number: G6-1B2-0CE-5EB7, had not been active since July of 2021 [11 months prior to HERNANDEZ' arrest]. The attorney informed SA Jay that the device does not physically store any information and that the company that set up the device/account which was active from 2017 until 2021 is called Element Fleet Management who assists businesses in tracking their fleet vehicles. The government has not listed anyone from GEOTAB as a witness on their Witness List to lay the foundation for any of the information the attorney for GEOTAB provided to SA Jay.

On August 11, 2023, the Government produced 1 piece of paper (1553) that was obtained by GEOTAB, INC. From this one piece of paper, it can clearly be inferred that the Government is trying to back door information SA Jay obtained from Attorney Che that clearly calls for speculation, lacks foundation and contains hearsay. Specifically, bate 1553 is undated and displays:

"Certificate of Authenticity Attachment
Requestor: Homeland Security Investigation
Device: GO6
Serial number: G6-1B2-0CE-5EB7
Based on Device Timeline
1) Contract Billing commenced May 13, 2015
2) Last Device Communication August 15, 2021"

The court should exclude any evidence of the GEOTAB records unless the Government brings in a qualified and knowledgeable witness that can lay the

foundation for the brief snippet of information provided in bate 1553. This document clearly reveals other records exist, including a timeline, billing and communications. If this evidence is allowed, Mr. Hernandez will be denied his right to competent and prepared counsel, since defense counsel has not had any opportunity to investigate the information in bat 1553 that was produced on August 11, 2023. The Government was well aware defense counsel was going to be out of the country from August 12 through August 20. Defense counsel has not had sufficient time to do any investigation regarding this untimely disclosed evidence. If the court is going to allow this evidence, Mr. Hernandez is requesting a reasonable amount of time to do the necessary investigation and obtain ALL of the records associated with the device.

**CONCLUSION**

For the above stated reasons, the defendant prays that this court exclude any testimony being offered regarding the GEOTAB information/records.

DATED: August 25, 2023

Respectfully Submitted,

Karren Kenney

KARREN KENNEY
Attorney for David Hernandez