ANDREW R. HADEN
Acting United States Attorney
MICHAEL A. DESHONG
California State Bar No. 301041
ELIZABET F. BROWN
Virginia Bar No. 95709
Assistant United States Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9290/8921
Michael.Deshong@usdoj.gov
Elizabet.Brown2@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DAVID HERNANDEZ,<br><br>Defendant. | Case No. 22-CR-1913-BAS<br><br>**UNITED STATES' RESPONSE IN PARTIAL OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE**<br><br>DATE: July 24, 2023<br>TIME: 11:00 a.m. |

The United States of America hereby files its Response in Partial Opposition to Defendant's Motions *in Limine* to exclude any evidence re Geotab records. As noted in its Trial Brief, the United States does not intend to introduce any evidence or testimony regarding the two "tracking" devices found in Defendant's van.

**I.**

**<u>STATEMENT OF THE CASE</u>**

On September 2, 2022, Defendant was arraigned on a single-count indictment charging him with importation of 500 grams and more of a mixture and substance containing a detectible amount of methamphetamine. ECF 1, 8. Defendant plead not guilty. A motion *in limine* hearing occured July 24, 2023, at 11:00 a.m., and a jury trial is scheduled for August 29, 2023.

## II.

## STATEMENT OF FACTS

At the time of Defendant's arrest, a CBP Officer found a black box with the words "GPS Tracker" printed on it inside Defendant's van (the Decoy Tracker). More recently, in April 2023, the parties' auto experts located a Geotab GPS tracker inside Defendant's van (the Geotab Tracker). The United States had both trackers analyzed by a computer forensics analyst.

### A. The Decoy Tracker

On May 30, Special Agent David Marshall took apart the Decoy Tracker. He found that the tracker contained a circuit board that connected to two lights. While there was a tray-like area with the word "SIM card," the Decoy Tracker did not contain a SIM card or even the hardware to connect a SIM card. Special Agent Marshall then tried to look up the model of tracker and all he could find was an eBay posting, included below, describing it as a "lure," "dummy," or "decoy" tracker that is used to distract attention away from a vehicle's real tracking device. This description is also consistent with the placement of the Decoy Tracker where the CBP Officer found it, and that the CBP Officer did not locate the more well-hidden real tracker (the Geotab Tracker). Special Agent Marshall documented the above in a report, produced as Bates 702 – 705, on July 7, 2023. Images of the tracker Agent Marshall found on e-bay were produced at the same time.

| | |
|---|---|
| ***Picture of Decoy Tracker Taken by CBP Officer at the Time of Defendant's Arrest*** |  |
| ***Picture from eBay Advertisement for "Lure" or "Dummy" Tracker (Bates 1313, Produced on July 7, 2023)*** |  |

| | |
|---|---|
| ***Seller's Description of the "Lure" or "Dummy" Tracker (Bates 1314, produced on July 7, 2023)*** | Description of the item by the seller  Decoy Vehicle GPS Tracking Device Locator Tracker<br>This Listing Is For:<br>The Decoy GPS Tracking Device<br>Use this to draw attention away from a real gps tracking device in the event someone is looking for a gps that you have installed on your vehicles. great for teens, fleets, companies and individuals<br>This is not a real gps device, it has lights and looks just like some real gps devices, but this will not locate anything, just as a decoy away from your real gps device. this has real lights and says gps tracker this side up like a real gps.<br>If you need a real gps device type is gps in our other items, we have many different gps devices to choose from.<br>Fast Free Same Day Shipping!!<br>If you have any questions or concerns contact us<br>Thanks for your Interest!!!!<br>We ship very well protected same day items are paid for.<br>All orders will be shipped with tracking number and delivery confirmation.<br>We Accept Paypal. |

| ***Chip Inside Decoy Tracker*** | ***Chip Inside Geotab Tracker*** |
|---|---|
|   |  |

**B. The Geotab Tracker**

Special Agent David Marshall also analyzed the Geotab Tracker. At the time he analyzed it, Agent Marshall contacted Geotab's technical support and provided them with the serial number. Geotab's technical support informed Agent Marshall that the particular tracker had not communicated with Geotab's network since August 15, 2021. DMV records

indicate that Defendant purchased the van in September of 2021 so the Geotab Tracker has not communicated with Geotab the entire time Defendant has owned the car.

Agent Marshall looked up the tracker on Geotab's technical support website, which indicated it communicated using a 3G network. Agent Marshall looked up the SIM card for the Geotab tracker on numberingplans.com and learned it was an AT&T SIM card. AT&T shut down its 3G cellular network in February of 2022, which has been widely covered in the press.[1] In other words, the Geotab Tracker uses a cellular network to communicate that was shutdown four months before Defendant's arrest. Agent Marshal's report documenting all of his communications with Geotab, and a copy of the manual for the Geotab tracker, were produced on July 7, 2023 (bates 702–705, 949-1044).

## III

## <u>THE COURT SHOULD PARTIALLY DENY DEFENDANT'S MOTION *IN LIMINE*</u>

The United States believes the two trackers are not relevant because all available information indicates that one of the trackers was a decoy that was not capable of communicating with any network, and the other one had been inactive since Defendant purchased the Ford van. Provided that no information regarding the trackers is presented, the United States does not oppose excluding the information provided by Geotab.

However, the United States believes it would risk misleading or confusing the jury to allow Defendant to elicit testimony from Government witnesses regarding the presence of the two trackers without further clarification. In ordinary circumstances, the most reasonable inference to draw from the presence of two trackers is that someone was tracking Defendant's van at the time of his arrest. In this case, that inference would be incorrect. Accordingly, if Defendant is going to elicit testimony or otherwise present evidence regarding the presence of the two tracking devices, the United States should be allowed to provide the jury with additional information so the jury has the complete picture.

---

[1] In October of 2022, the Federal Communications Commission released a statement regarding the pending shutdown of all 3G networks and included a timeline of the networks that had already been shut down, including AT&T's network. https://www.fcc.gov/consumers/guides/plan-ahead-phase-out-3g-cellular-networks-and-service (last accessed on August 25, 2023). Many major news organizations (e.g., CNN, USA Today, etc.) ran articles about the phase out of AT&T's 3G network in February of 2022.

Specifically, the United States would seek to call Special Agent Marshall to testify in response. Special Agent Marshall will testify that he has personally taken apart a number of GPS trackers and cellular phones, and that they both always include a SIM card that allows them to communicate with cellular networks. Agent Marshall will testify that the Decoy Tracker did not contain a SIM card and its circuit board appeared to just connect to two red lights. Agent Marshall will also present the photographs above so the jury can see the simplicity of the circuit board in the Decoy Tracker compared to the Geotab Tracker. Agent Marshall will <u>not</u> opine that it is not a real tracker, but counsel will argue that inference in closing.

With respect to the Geotab tracker, the United States would seek to admit the certified records from Geotab indicating the date the contract billing for that particular tracker commenced (in 2015) and the date the device last communicated with Geotab's network (on August 15, 2021). The Government concedes that the records were produced shortly before trial and does not seek to admit them. However, the Government asks the Court to allow their introduction ***if*** Defendant introduces the presence of the two trackers. The risk of prejudice from their late production is negligible because the information in the records was previously produced in Agent Marshall's report on July 7, 2023, and it is only a few lines of information

## Certificate of Authenticity Attachment

Requestor: Homeland Security Investigation

Device: GO6
Serial number: G6-1B2-0CE-5EB7

<u>Based on Device Timeline</u>

1) Contract Billing commenced May 13, 2015
2) Last Device Communication August 15, 2021

(see above). The records were certified by Geotab on August 10, 2023, and produced to Defendant on August 11, 2023.

DATED: August 25, 2023

Respectfully submitted,

ANDREW HADEN
Acting United States Attorney

/s/ *Elizabet F. Brown*
ELIZABET F. BROWN
Assistant U.S. Attorney

/s/ *Michael Deshong*
MICHAEL DESHONG
Assistant U.S. Attorney