KARREN KENNEY – SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
(855) 505-5588
karren.kenney@gmail.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>DAVID HERNANDEZ<br><br>Defendant. | CASE NO. 22CR1913-BAS<br><br>**OBJECTIONS TO TRIAL EXHIBITS** |

Comes now Defendant, David Hernandez, who hereby objects to the following Government exhibits:

**Exhibit 32** – Hernandez's crossing history which includes border crossing records from October, 1989 through June, 2022. Allowing this extensive timeframe is overkill and irrelevant to the timeframe involved in this case. This entire exhibit should not be admitted pursuant to Evidence Code section 401 and 403 and should be limited to a one (1) month period prior to the date of the offense of June 7, 2022, especially in light of the Summary Chart in Exhibit 35.

**Exhibit 33** – Hernandez's wife's crossing history which includes records from November, 2012 through June, 2023. Ms. Hernandez is not a defendant in this case. Admitting her crossing records for the past 10+ years is irrelevant and should be excluded under Evidence Code sections 401 and 403.

**Exhibit 34** – Van crossing history which includes records from November, 2021 to June, 2022. For the same reasons as stated above, the crossing records for the van should also be limited to a one (1) month period prior to the date of the offense of June 7, 2022. Anything more should be excluded under 401 and 403, especially in light of the Summary Chart in Exhibit 35.

**Exhibit 44D** – Wife's car parked at in-law's house in Santa Ana. Any photos of the wife's car are completely irrelevant to the conduct in this case and should be excluded under rules 401 and 403.

DATED: August 26, 2023

Respectfully Submitted,

Karren Kenney

KARREN KENNEY
Attorney for David Hernandez