MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA VS DAVID HERNANDEZ

Case Number: 22-CR-1913-BAS EXHIBIT LIST Jury Trial

☒ Plaintiff ☒ Defendant ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 8/29/2023 | 8/29/2023 | Google Maps – San Diego |
| 2 | 8/29/2023 | 8/29/2023 | Photograph - View of Otay Mesa Vehicle Lanes |
| 3 | 8/29/2023 | 8/29/2023 | Photograph - View of San Ysidro Primary and Secondary Inspection Areas |
| 4A | 8/29/2023 | 8/29/2023 | Video – Pre-Primary Video Clip 1 |
| 4B | 8/29/2023 | 8/29/2023 | Video – Pre-Primary Video Clip 2 |
| 5 | 8/29/2023 | 8/29/2023 | Photograph – Black Ford Van (Rear Exterior) |
| 6 | 8/29/2023 | 8/29/2023 | Photograph – Black Ford Van (Front Exterior) |
| 7 | 8/29/2023 | 8/29/2023 | Photograph – Dashboard |
| 8 | 8/29/2023 | 8/29/2023 | Photograph – Spare Tire |
| 9 | 8/29/2023 | 8/29/2023 | Photograph – Spare Tire Cut Open |
| 10 | 8/29/2023 | 8/29/2023 | Photograph – Gas Tank Hose |
| 11 | 8/29/2023 | 8/29/2023 | Photograph – Gas Tank Access Port |
| 12 | 8/29/2023 | 8/29/2023 | Photograph – Gas Tank Cut Open |
| 13 | 8/29/2023 | 8/29/2023 | Photograph – Gas Tank Sending Unit Wires |
| 14 | 8/29/2023 | 8/29/2023 | Photograph – Black Ford Van with Packages |
| 15 | 8/29/2023 | 8/29/2023 | Photograph – Plastic Wrap Roll in Van |
| 16 | 8/29/2023 | 8/29/2023 | Seized Methamphetamine (Bulk Seizure) |
| 16A | 8/29/2023 | 8/29/2023 | Seized Methamphetamine (Lab Sample) |
| 18 | 8/29/2023 | Demonstrative | Drug Value Chart |
| 19 | 8/29/2023 | 8/29/2023 | Photograph – Black Ford Van (Front Exterior) |
| 20 | 8/29/2023 | 8/29/2023 | Photograph – License Plate |
| 21 | 8/29/2023 | 8/29/2023 | Photograph – Spare Tire (Top Side) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA VS DAVID HERNANDEZ

Case Number: 22-CR-1913-BAS EXHIBIT LIST Jury Trial

☒ Plaintiff ☒ Defendant ☐ Court

| | | | |
|---|---|---|---|
| 22 | 8/29/2023 | 8/29/2023 | Photograph – Spare Tire (Cut Side) |
| 23 | 8/29/2023 | 8/29/2023 | Photograph – Gas Tank with Hole Cut |
| 24 | 8/29/2023 | 8/29/2023 | Photograph – Tire Iron Found in Black Van |
| 25 | 8/29/2023 | 8/29/2023 | Photograph – Attempting to Lower Spare Tire with Rear Door Closed |
| 26 | 8/29/2023 | 8/29/2023 | Photograph – Hose Connecting to Gas Tank |
| 27 | 8/29/2023 | 8/29/2023 | Photograph – Fuel Gauge Sending Unit |
| 28 | 8/29/2023 | 8/29/2023 | Photograph – Sending Unit Wiring 1 |
| 29 | 8/29/2023 | 8/29/2023 | Photograph – Sending Unit Wiring 2 |
| 30 | 8/29/2023 | 8/29/2023 | Photograph – Dashboard |
| 31A | 8/29/2023 | -------- | Seized Red iPhone |
| 32 | 8/30/2023 | 8/30/2023 | Defendant's Border Crossing Records |
| 33 | 8/30/2023 | 8/30/2023 | Defendant's Wife's Border Crossing Records |
| 34 | 8/30/2023 | 8/30/2023 | Black Ford Van's Border Crossing Records |
| 35 | 8/30/2023 | Demonstrative | TECS Summary Chart |
| 36 | 8/30/2023 | 8/30/2023 | Photograph – Red iPhone 1 |
| 37 | 8/30/2023 | 8/30/2023 | Photograph – Red iPhone 2 |
| 38 | 8/30/2023 | 8/30/2023 | Photograph – Ford Van Expired Registration |
| 39 | 8/30/2023 | 8/30/2023 | Photograph – Road One Towing Receipt (June 2) |
| 40 | 8/30/2023 | 8/30/2023 | Photograph – G&M Oil Gas Receipt (June 2) |
| 41 | 8/30/2023 | 8/30/2023 | Cell Phone Report – Call Logs |
| 42 | 8/30/2023 | 8/30/2023 | Cell Phone Report – 664-729-2120 (Scam Likely) Chat |
| 43 | 8/30/2023 | ---------- | Cell Phone Report – 424-567-1708 Chat |
| 43A | 8/30/2023 | 8/30/2023 | Cell Phone Report – 424-567-1708 Chat (Translated) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA VS DAVID HERNANDEZ

Case Number: 22-CR-1913-BAS EXHIBIT LIST Jury Trial

☒ Plaintiff ☒ Defendant ☐ Court

| | | | |
|---|---|---|---|
| 44 | 8/30/2023 | 8/30/2023 | Cell Phone Report – Pictures from June 1 to June 2 |
| 44A | 8/30/2023 | 8/30/2023 | Photograph – G&M Gas Pump on June 1 |
| 44B | 8/30/2023 | 8/30/2023 | Photograph – Defendant at Fountain on June 1 |
| 44C | 8/30/2023 | 8/30/2023 | Photograph – Plaza Mexico Statue |
| 45 | 8/30/2023 | ----------- | Cell Phone Report – Location Data from June 1-2 (Sample Only) |
| 46 | 8/30/2023 | Demonstrative | Google Earth – All Location Data for June 1-2 |
| 47 | 8/30/2023 | Demonstrative | Google Earth Image – Location Data for 7:00 to 8:00 am on June 1 (selected pings) |
| 48 | 8/30/2023 | Demonstrative | Google Earth Image – Location Data for 9:37 am on June 1 |
| 49 | 8/30/2023 | Demonstrative | Summary Chart of Activity Between Border Crossing and Buying Gas |
| 50 | 8/30/2023 | Demonstrative | Summary Chart of Activity While Driving in Santa Ana |
| 51 | 8/30/2023 | --------- | Google Earth Video – 10:50 am to 12:18 pm on June 1 |
| 52 | 8/30/2023 | --------- | Google Earth Video – 12:16 pm to 12:58 pm on June 1 |
| 53 | 8/30/2023 | --------- | Google Earth Video – 12:58 pm to 1:18 pm on June 1 |
| 54 | 8/30/2023 | Demonstrative | Summary Chart of Activity After Defendant Sent Address for Plaza Mexico |
| 56 | 8/30/2023 | --------- | Google Earth Video – 1:19 pm to 5:20 pm on June 1 |
| 57 | 8/30/2023 | Demonstrative | Summary Chart of Activity During Defendant's Last Hour at Plaza Mexico |
| 59 | 8/30/2023 | --------- | Google Earth Image – Location Data for 3:20 to 4:41 am on June 2 (selected pings) |
| 60 | 8/30/2023 | --------- | Google Earth Image – Location Data for 7:35 am on June 2 (selected ping) |
| 62 | 8/30/2023 | ---------- | Post-Arrest Transcript |
| 63A | 8/30/2023 | 8/30/2023 | Clip 1 |
| 63B | 8/30/2023 | 8/30/2023 | Clip 2 |
| 63C | 8/30/2023 | 8/30/2023 | Clip 3 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA VS DAVID HERNANDEZ

Case Number: 22-CR-1913-BAS EXHIBIT LIST Jury Trial

☒ Plaintiff ☒ Defendant ☐ Court

| | | | |
|---|---|---|---|
| 63D | 8/30/2023 | 8/30/2023 | Clip 4 |
| 63E | 8/30/2023 | 8/30/2023 | Clip 5 |
| 63F | 8/30/2023 | 8/30/2023 | Clip 6 |
| 63G | 8/30/2023 | 8/30/2023 | Clip 7 |
| 101 | 8/29/2023 | 8/29/2023 | Photograph – Device Found on June 7, 2022 |
| 102 | 8/29/2023 | 8/29/2023 | Photograph – Location of Geotab Tracker |
| 103 | 8/29/2023 | 8/29/2023 | Photograph – Geotab Tracker 1 |
| 104 | 8/29/2023 | 8/29/2023 | Photograph – Geotab Tracker 2 |
| 105 | 8/30/2023 | 8/30/2023 | Photograph – Device Taken Apart |
| 106 | 8/30/2023 | 8/30/2023 | Photograph – Circuit Board Inside Device |
| 107 | 8/30/2023 | 8/30/2023 | Photograph – Geotab Tracker |
| 108 | 8/30/2023 | 8/30/2023 | Photograph – Geotab Tracker Circuit Board |
| 109 | 8/30/2023 | 8/30/2023 | Photograph – Geotab Tracker Circuit Board with SIM Card Exposed |
| 110 | 8/30/2023 | 8/30/2023 | Geotab Business Record |
| 110A | 8/30/2023 | ----------- | Geotab Business Record Certificate |
| 111 | 8/30/2023 | 8/30/2023 | AT&T Business Record |
| 111A | 8/30/2023 | --------- | AT&T Business Record Certificate |
| 112 | 8/30/2023 | --------- | GPS Tracker |
| 113 | 8/30/2023 | --------- | GPS Tracker with wires |
| 302 | 8/30/2023 | --------- | Translation of audio file |
| | | | |
| A | 8/29/2023 | 8/29/2023 | Photograph of Key given to John Louie during inspection |
| B | 8/29/2023 | 8/29/2023 | Photograph of driver’s side door |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA VS DAVID HERNANDEZ

Case Number: 22-CR-1913-BAS EXHIBIT LIST Jury Trial

☒ Plaintiff ☒ Defendant ☐ Court

| | | | |
|---|---|---|---|
| C | 8/29/2023 | 8/29/2023 | Access tools and Emergency Response Kit |
| D | 8/30/2023 | 8/30/2023 | Photograph of Door Enclosure Area |
| E | 8/30/2023 | --------- | Translation bates number 301 |
| F | 8/30/2023 | -------- | Translation bates number 1473 |
| G | 8/30/2023 | -------- | Google Business Listing |
| H | 8/30/2023 | --------- | Google Address Listing |
| | | | |
| | | | |
| | | | |